```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN MORALES and RYAN CHRISTIAN,                                       :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :       22 Civ. 5754 (JPC)
           -v-                                                         :
                                                                       :       ORDER
NORTHERN SHORE INTERNATIONAL, INC. et al.,                             :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 7, 2022, Plaintiffs initiated this action against Defendants Northern Shore International, Inc., Dwayne Griffith, and Ge'velle Marie. *See* Dkt. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiffs' deadline to serve Defendants was October 5, 2022. That deadline has passed, and while Plaintiffs served Northern Shore International, Inc. on July 21, 2022, *see* Dkt. 7, the docket does not reflect any attempt to serve either Defendant Griffith or Defendant Marie. In addition, Defendant Northern Shore International, Inc. failed to respond to the Complaint by its August 11, 2022 deadline, yet Plaintiffs have not sought certificates of default against it.

By October 18, 2022, Plaintiffs shall submit a letter explaining why the Court should not dismiss this case for failure to prosecute.

SO ORDERED.

Dated: October 13, 2022
       New York, New York

JOHN P. CRONAN
United States District Judge