UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                          :

JUAN MORALES and RYAN CHRISTIAN,       :

                Plaintiffs,         :

                                            :                   22 Civ. 5754 (JPC)

        -v-                         :

                                            :                     ORDER

NORTHERN SHORE INTERNATIONAL, INC.,   :

               Defendant.       :

                                          :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Counsel for all parties shall appear for a conference on November 3, 2022, at 3:00 p.m.  The

Court will conduct the conference via telephone.  At the scheduled time, counsel for all parties

should call (866) 434-5269, access code 9176261.

       SO ORDERED.

Dated: November 1, 2022
       New York, New York
                                         JOHN P. CRONAN
                               United States District Judge